**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:06cv383**

| | |
|---|---|
| **WESTERN SURETY COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BECK ELECTRIC COMPANY,** )<br>**INC., JAMES E. BECKER,** )<br>**FRANK LOTH, and** )<br>**RACHAEL LOTH,** )<br>)<br>Defendants. )<br>_____) | **JUDGMENT** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion for summary judgment as to its claim for indemnification against Defendants Becker and Beck Electric is **ALLOWED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion for default judgment against Defendants Rachael Loth and Frank Loth is **ALLOWED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** is awarded in favor of the Plaintiff in the amount of one million four hundred forty-three thousand four hundred sixty nine dollars and fifty-five cents ($1,443,469.55) is hereby **ENTERED** against Defendant James E. Becker, Defendant Beck Electric Company, Inc., Defendant Rachael Loth and Defendant Frank Loth, together with costs and interest from the date of this Judgment, jointly and severally.

Signed: February 5, 2008

Martin Reidinger
United States District Judge